## A02A2325. BENHAM v. THE STATE.
(606 SE2d 7)

MIKELL, Judge.

The Supreme Court granted certiorari in this case, and in *Benham v. State*, 277 Ga. 516 (591 SE2d 824) (2004), reversed the judgment of this Court, after concluding that Benham was denied effective assistance of counsel. Therefore, we vacate our earlier opinion[1] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., and Phipps, J., concur.*

DECIDED JULY 23, 2004.

*Vaughan & Evans, David N. Vaughan, Jr., Lance T. McCoy*, for appellant.

*Bryant G. Speed II, District Attorney, Mary B. Gregoire, Assistant District Attorney*, for appellee.

---

[1] *Benham v. State*, 260 Ga. App. 243 (581 SE2d 586) (2003).